UNITED STATES of America,
Appellee,

v.

Tyler Joseph BERGLUND, Appellant.

No. 06–1836.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 6, 2007.

Filed: June 22, 2007.

Christopher Cory Myers, U.S. Attorney's Office, argued, Fargo, ND, for Appellee.

Tyler Joseph Berglund, Oklahoma City, OK, pro se.

Robert G. Manly, Vogel Law Firm, Moorhead, MN, for Appellant.

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Tyler Joseph Berglund (Berglund) appeals the 282–month prison sentence the district court[1] imposed after Berglund pled guilty to drug conspiracy and firearms charges. In a brief filed under *Anders v. California,* 386 U.S. 738, 87 S.Ct.

---

1. The Honorable Ralph R. Erickson, United States District Judge for the District of North Dakota.

1396, 18 L.Ed.2d 493 (1967), his counsel argues that the district court's sentence was "[e]rroneously [e]xaggerated by a[m]isapplication of the Sentencing Guidelines" and that the court erred in failing to grant a greater downward departure at sentencing.

We enforce the broad appeal waiver included in Berglund's plea agreement because (1) the plea colloquy reflects that Berglund understood and voluntarily accepted the terms of the plea agreement, including the waiver; (2) this appeal falls within the scope of the waiver; and (3) no injustice would result. *See United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir. 2003) (en banc) (discussing enforceability of appeal waiver); *see also United States v. Estrada–Bahena*, 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case).

Having reviewed the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), for any nonfrivolous issue not covered by the waiver, we find none. Therefore, we enforce the waiver and dismiss the appeal. We also grant counsel's motion to withdraw.